DANIEL G. BOGDEN
United States Attorney
District of Nevada
KRYSTAL J. GALLAGHER
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: krystal.gallagher@usdoj.gov
Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRIDA NILFOROUSHAN,

    Plaintiff,

v.

TANYA STONE, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,

    Defendants.

Case No. 2:15-cv-00403-APG-NJK

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this 8th April 2015.

/Frida Nilforoushan/
5151 Lindell Road, Unit 204
Las Vegas, Nevada 89118
*Plaintiff*

DANIEL G. BOGDEN
United States Attorney

KRYSTAL J. GALLAGHER  4/20/15
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2015